IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| BNSF RAILWAY COMPANY, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, <br><br>  Plaintiffs, <br><br> -vs.- <br><br> NORBY, INC. and THE ESTATE OF ROCKY NORBY, <br><br>  Defendants. | Cause No. CV-22-00051-BMM <br><br> Hon. Brian M. Morris <br><br> **ORDER GRANTING UNOPPOSED MOTION TO STAY** |

---

Pursuant to the unopposed motion of Defendants for leave to stay, there being no objection from Plaintiffs, and good cause appearing therefor,

IT IS HEREBY ORDERED that this civil matter is stayed up to and including February 22, 2023 pending the parties' attempts at formal mediation and resolution.

IT IS FURTHER ORDERED that if the parties are unsuccessful in negotiating a settlement, Defendants shall file their Answer to the Amended Complaint and shall file a written status report with the Court on or before February 22, 2023 advising the court that mediation was unsuccessful and requesting that the Court issue its order setting a preliminary pretrial conference and establishing preliminary pleadings deadlines.

DATED this 14th day of November, 2023.

_____
Brian Morris, Chief District Judge
United States District Court