IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>    Plaintiffs,<br><br>  -vs.-<br><br>NORBY, INC. and THE ESTATE OF ROCKY NORBY,<br><br>    Defendants. | Cause No. CV-22-00051-BMM<br><br>Hon. Brian M. Morris<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND STAY** |

Pursuant to Defendants' unopposed motion for leave to extend the stay, there being no objection from Plaintiffs, and good cause appearing therefor,

IT IS HEREBY ORDERED that this civil matter is stayed up to and including June 8, 2023 pending the parties' attempts at formal mediation and resolution.

IT IS FURTHER ORDERED that if the parties are unsuccessful in negotiating a settlement, Defendants shall file their Answer to the Amended Complaint on or before June 15, 2023 and shall file a written status report with the Court on or before June 8, 2023 advising the Court that mediation was unsuccessful and requesting that the Court issue its order setting a preliminary pretrial conference and establishing preliminary pleadings deadlines.

DATED this 6th day of February, 2023.

_____
Brian Morris, Chief District Judge
United States District Court