IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>Plaintiffs,<br><br>-vs.-<br><br>NORBY, INC. and THE ESTATE OF ROCKY NORBY,<br><br>Defendants. | Cause No. CV-22-00051-BMM<br><br>Hon. Brian M. Morris<br><br>**ORDER OF DISMISSAL RE: BNSF RAILWAY COMPANY** |

---

Upon stipulation between Plaintiff BNSF Railway Company and Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff BNSF Railway Company in the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees

incurred herein.  The claims of Plaintiff National Railroad Passenger Corporation d/b/a Amtrak shall continue as pled.

DATED this 20th day of June, 2023.

_____
Brian Morris, Chief District Judge
United States District Court