IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | |
|---|---|
| BNSF RAILWAY COMPANY, and NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, <br><br> Plaintiffs, <br><br> -vs.- <br><br> NORBY, INC. and THE ESTATE OF ROCKY NORBY, <br><br> Defendants. | Cause No. CV-22-00051-BMM <br><br> Hon. Brian M. Morris <br><br> **ORDER OF DISMISSAL RE: NATIONAL RAILROAD PASSENGER CORPORATION** |

---

Upon stipulation between Plaintiff National Railroad Passenger Corporation d/b/a Amtrak and Defendants, and good cause appearing therefor,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff National Railroad Passenger Corporation d/b/a Amtrak in the above matter be dismissed

with prejudice as fully and finally settled on the merits, each party to bear its own costs and attorneys' fees incurred herein.

DATED this 5th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court